☐ **ORIGINAL**   #07-163

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF __New Jersey__

| | |
|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND OF PHILADELPHIA & VICINITY et al.<br><br>V.<br><br>WORTHY CONSTRUCTION COMPANY | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**<br><br>Case Number:   07-cv-134 (JBS) |

I, _____WILLIAM T. WALSH_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __7/10/07__ as it
Date

appears in the records of this court, and that

\* " no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

| | |
|---|---|
| __August 27, 2007__<br>Date | WILLIAM T. WALSH<br>Clerk<br><br>_[signature]_<br>(By) Deputy Clerk |

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

☐ ORIGINAL

FREEDMAN AND LORRY, P.C.
BY: SUSAN A. MURRAY, ESQUIRE
(SM-7713)
1601 Market Street, 2nd Floor
Philadelphia, PA 19103
(215) 931-2506
Attorneys for Plaintiffs

U. S. DISTRICT COURT - DE
MISC. CASE # 07 - 163

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al. : <br><br>Plaintiffs, :<br><br>v. :<br><br>WORTHY CONSTRUCTION COMPANY :<br><br>Defendant : | CIVIL ACTION<br><br>No. 07-134 (JBS) |

**ORDER OF DEFAULT JUDGMENT**

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiffs Teamsters Health and Welfare Fund of Philadelphia and Vicinity ("Welfare Fund") and Teamsters Pension Trust Fund of Philadelphia and Vicinity ("Pension Fund") (collectively "Funds") and William J. Einhorn, it appears to the Court that Defendant Worthy Construction Company ("Defendant") was served with process on January 25, 2007 and has inexcusably, knowingly and willfully failed to appear, plead or otherwise defend, and the default against said Defendant having been entered, it is ORDERED:

1. Judgment is hereby entered against the Defendant and in favor of the Plaintiff in the amount of Forty Thousand Four Hundred Forty-Six Dollars and Sixty-Four Cent ($40,446.64) including contributions and liquidated damages to the Funds as itemized below:

   (a) Contributions and Liquidated Damages

| YEAR | H&W FUND | PENSION FUND |
|---|---|---|
| 2003 | $ 517.98 | $ 632.43 |
| 2004 | $ 5,817.06 | $ 2,618.11 |
| 2005 | $ 3,863.21 | $ 3,516.29 |
| 2006 | $ 3,384.81 | $ 12,064.51 |
| 2007 | $ 376.41 | $ 3,757.40 |
| 2001-06 | | $ 1,898.04 |
| Subtotal | $13,959.47 | $ 24,486.78 |
| Credit | - $ 5,000.00 | |
| TOTAL | $ 8,959.47 | $24,486.78 |

(b) Interest accrued through June 8, 2007 on the contribution amount set forth in Paragraph 1(a) as provided by 29 U.S.C. §1132(g)(2)(B) and 26 U.S.C. §6621 in the amount of Two Thousand Nine Hundred Sixty Dollars and Eighty-Eight Cents ($2,960.88). The contribution amount set forth in Paragraph 1(a) shall continue to bear interest as provided in 29 U.S.C. §1132(g)(2)(B) and 26 U.S.C. §6621, as from time to time amended, until the date of actual payment.

(c) Attorneys' fees incurred by the Fund in this matter in the amount of Three Thousand Four Hundred Eighty Dollars and No Cents ($3,480.00) incurred through June 7, 2007.

(d) Litigation costs incurred by the Fund in this matter in the amount of Five Hundred Fifty-Nine Dollars and Fifty-One Cents ($559.51) incurred through June 7, 2007.

2. The Funds are awarded reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment.

3. This Order and Judgment is enforceable, without duplication, by the Funds, or its agents.

BY THE COURT:

July 10, 2007

JEROME B. SIMANDLE    J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By
Deputy Clerk

1601 Market Street
2nd Floor
Philadelphia, PA 19103
215-925-8400
Fax: 215-925-7516
Toll Free (888) 999-1962

# Freedman
# & Lorry, P.C.

COUNSELORS AT LAW
AND PROCTORS IN ADMIRALTY



Kristine Giordano Becker, Paralegal
215-931-2561
kgiordano@freedmanlorry.com

August 29, 2007

Clerk, U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

    Re:    **Teamsters Health and Welfare Fund of Philadelphia and Vicinity, et al. v. Worthy Construction Company**
            **Civil Action No. 07-134 (JBS)**

Dear Sir or Madam:

Enclosed please find following documents:

    1. An AO-451 form,

    2. An original certified copy of the judgment entered on August 31, 2001 in the above-referenced case, along with a photocopy, and

    3. A check in the amount of Thirty-Nine Dollars and Zero Cents ($39.00) made payable to Clerk, U.S. District Court.

Kindly accept the enclosed documents and register this judgment in your jurisdiction. *Please note that the defendant's last known address is: 118 Middleboro Road, Wilmington, DE 19804.

If you have any questions, please contact me at (215) 931-2561.

                            Very truly yours,

                            KRISTINE GIORDANO BECKER
                            Paralegal

22255.c
Enclosures
cc: Frank Duffy

U. S. DISTRICT COURT - DE
MISC. CASE # 07 - 163